# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| DIAMOND RESORTS CORPORATION, et al., | Case No.: 2:19-cv-00227-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 15] |
| KYLE BROWN, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline to respond to the complaint and the deadline to respond to the motion for preliminary injunction. Docket No. 15. Parties must file separate documents on the docket for each request being made. Local Rule IC 2-2(b). Accordingly, the instant stipulation is hereby **DENIED** without prejudice to the filing of separate stipulations for each request being made.

IT IS SO ORDERED.

Dated: February 22, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1