ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
WING YAN WONG, ESQ.
Nevada Bar No. 13622
DIONE C. WRENN, ESQ.
Nevada Bar No. 13282
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com
wwong@grsm.com
dwrenn@grsm.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, a Maryland corporation; DIAMOND RESORTS HOLDINGS, LLC, a Nevada limited liability company; and DIAMOND RESORTS INTERNATIONAL, INC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KYLE BROWN, an individual; MARTIN BROWN, an individual; EXCHANGE POINTS CLUB, LLC, a Florida and Missouri limited liability company; PREMIER REWARDS LLC, a Missouri limited liability company; VMG RESORTS LLC, a Missouri limited liability company; VACATION MANAGEMENT GROUP, LLC, a Missouri limited liability company; and OWNER EXTRAS, LLC, a Missouri limited liability company,<br><br>Defendants. | Case No.: 2:19-cv-00227-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPONSE TO COMPLAINT [ECF NO. 1]**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiffs DIAMOND RESORTS CORPORATION, DIAMOND RESORTS HOLDINGS, LLC, and DIAMOND RESORTS INTERNATIONAL, INC., ("Plaintiffs"), and Defendants, KYLE BROWN, MARTIN BROWN, EXCHANGE

-1-

POINTS CLUB, LLC, PREMIER REWARDS LLC, VMG RESORTS LLC, VACATION MANAGEMENT GROUP, LLC, and OWNER EXTRAS, LLC ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

## **STIPULATION**

1. Plaintiffs filed their Complaint on February 6, 2019 [ECF No. 1] alleging causes of action for violations of the Lanham Act, among other claims.

2. Some of the Defendants were served on February 7, 2019, and the remaining Defendants were served thereafter.

3. The current deadline for the Defendants to respond to the Complaint is February 28, 2019.

4. Defendants initially retained a law firm in Las Vegas to represent them in this matter. However, that law firm subsequently advised Defendants that it had a conflict and could not represent Defendants in this case.

5. In the afternoon of February 18, 2019, Defendants were able to regain Gordon Rees Scully Mansukhani to represent them in this lawsuit.

6. However, due to the short time period, Defendants' attorneys have not had a chance to obtain documents or discuss in detail with the Defendants the allegations of the Complaint.

7. Defendants request an extension to allow them to fully review and respond to the allegations in the Complaint.

8. Defendants request an extension until March 21, 2019 to file their response to the Complaint.

9. The parties have conferred and have agreed to the requested extension and schedule described above.

10. The parties also agree that the Defendants are not waiving their right to seek additional time by means of a motion to this Court should they feel it is necessary.

11. This stipulation is not made for purposes of delay.

/ / /

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

12. Therefore, the parties agree that Defendants' response to the Complaint is now due on or before March 21, 2019.

DATED: February 22, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*

ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendants*

DATED: February 22, 2019.

BALLARD SPAHR LLP

*/s/ Abran E. Vigil*

ABRAN E. VIGIL, ESQ.
Nevada Bar No. 7548
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge
DATED: February 25, 2019

-3-