# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DIAMOND RESORTS CORPORATION, et al.,

    Plaintiff(s),

v.

KYLE BROWN, et al.,

    Defendant(s).

Case No.: 2:19-cv-00227-APG-NJK

**Order**

[Docket No. 48]

Pending before the Court is a stipulation to stay discovery pending resolution of Defendants' motions to dismiss. Docket No. 48; *see also* Docket Nos. 31, 33 (motions to dismiss).[1] For good cause shown, the motion to stay discovery is **GRANTED** and discovery will be **STAYED** until August 19, 2019. Any request to extend that date must be filed by August 5, 2019. Absent an extension granted, a proposed discovery plan must be filed by August 26, 2019. In the event the motions to dismiss are resolved before August 19, 2019, and the case is not terminated as a result, a proposed discovery plan shall be within 14 days of the resolution of the motions.

IT IS SO ORDERED.

Dated: May 21, 2019

                                                           Nancy J. Koppe
                                                           United States Magistrate Judge

---

[1] The stipulation also references Plaintiffs' motion for preliminary injunction. The pendency of the motion for preliminary injunction does not justify a delay to discovery. *Cf. Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (discussing requirement that pending motion be potentially dispositive).

1