1  Abran E. Vigil
   Nevada Bar No. 7548
2  Joseph Sakai
   Nevada Bar No. 13578
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsímile: (702) 471-7070
   E-Mail:  vigila@ballardspahr.com
6  E-Mail:  sakaij@ballardspahr.com

7  Paul J. Safier, Esq. (admitted *pro hac vice*)
   1735 Market Street, 51st Floor
8  Philadelphia, Pennsylvania19103
   Telephone: (215) 988-9146
9  E-Mail:  safierp@ballardspahr.com

10 *Attorneys for Plaintiffs/Counter-defendants*

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13 DIAMOND RESORTS CORPORATION, a
   Maryland corporation; DIAMOND RESORTS       Case No.:      2:19-cv-00227-APG-NJK
14 HOLDINGS, LLC, a Nevada limited liability
   company; and DIAMOND RESORTS
15 INTERNATIONAL, INC., a Delaware
   corporation,
16
                   Plaintiffs,              **STIPULATION AND ORDER TO
17                                          EXTEND TIME FOR
   vs.                                      PLAINTIFFS/COUNTER-
18                                          DEFENDANTS TO RESPOND TO
   KYLE BROWN, an individual; MARTIN        COUNTERCLAIMS OF DEFENDANTS/
19 BROWN, an individual; EXCHANGE POINTS    COUNTERCLAIMANTS
   CLUB, LLC, a Florida and Missouri limited
20 liability company; PREMIER REWARDS LLC, a  **First Request**
   Missouri limited liability company; VMG
21 RESORTS LLC, a Missouri limited liability
   company; VACATION MANAGEMENT
22 GROUP, LLC, a Missouri limited liability
   company; and OWNER EXTRAS LLC, a
23 Missouri limited liability company,

24                 Defendants.

25

26

27

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

1  EXCHANGE POINTS CLUB, LLC, A Florida
   And Missouri Limited Liability Company;
2  MEMBER PERKS, LLC, Formerly Known As
   PREMIER REWARDS, LLC, A Missouri Limited
3  Liability Company; And VACATION
   MANAGEMENT GROUP, LLC, A Missouri
4  Limited Liability Company,

5                         Counterclaimants,

6  vs.

7  DIAMOND RESORTS CORPORATION, a
   Maryland corporation; DIAMOND RESORTS
8  HOLDING, LLC, a Nevada limited liability
   company; DIAMOND RESORTS
9  INTERNATIONAL, INC., a Delaware
   corporation; and DIAMOND RESORTS
10 INTERNATIONAL CLUB, LLC, a Delaware
   corporation; and DIAMOND RESORTS
11 CENTRALIZED SERVICES COMPANY, a
   Delaware corporation,

12                        Counter-defendants.

13

14         Plaintiffs/Counter-Defendants Diamond Resorts Corporation, Diamond Resorts Holdings,

15 LLC, Diamond Resorts International, Inc., Diamond Resorts International Club, LLC, and

16 Diamond Resorts Centralized Services Company (collectively, the "Diamond Entities"), and

17 Defendants/Counterclaimants Kyle Brown, Martin Brown Exchange Points Club, LLC, Premier

18 Rewards LLC, VMG Resorts LLC, Vacation Management Group LLC, and Owner Extras LLC

19 (collectively, "Defendants," and, together with Diamond, the "Parties") stipulate and agree to

20 extend the time for the Diamond Entities to respond to the Defendants' Counterclaims as follows:

21         1.      Defendants filed their Answer and Counterclaims on August 16, 2019.

22         2.      In their Counterclaims, Defendants named as Counter-Defendants two parties –

23 Diamond Resorts International Club, LLC, and Diamond Resorts Centralized Services Company –

24 that had not previously been named in this action.

25         3.      Undersigned counsel for the Diamond Entities agreed to accept service of the

26 Counterclaims on behalf of Diamond Resorts International Club, LLC and Diamond Resorts

27 Centralized Services Company as of August 16, 2019 in exchange for the agreement of

28

Defendants to extend the time for all Diamond Entities to respond to the Counterclaims from September 6, 2019 to September 27, 2019.

      4.     The Parties stipulate and agree that the Diamond Entities will have up to and until September 27, 2019 to respond to the Counterclaims.

      5.     The Parties make this request in good faith and not for the purposes of delay.

Dated:  August 23, 2019

BALLARD SPAHR LLP

By:  /s/ Abran Vigil
    Abran E. Vigil
    Joseph Sakai No. 13578
    Nevada Bar No. 7548
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada  89135
    Telephone:  (702) 471-7000
    Facsimile:  (702) 471-7070

    Paul J. Safier (admitted *pro hac vice*)
    1735 Market Street, 51st Floor
    Philadelphia, Pennsylvania 19103

    *Attorneys for Plaintiffs*

Dated:  August 23, 2019

GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ Michael Kanach
    Robert S. Larsen
    Nevada Bar No. 7785
    Dione C. Wrenn
    Nevada Bar No. 13285
    300 South 4th Street, Suite 1550
    Las Vegas, Nevada  89101
    Telephone: (702) 577-9300
    Facsimile: (702) 255-2858

    Michael D. Kanach (admitted *pro hac vice*)
    275 Battery Street, Suite 2000
    San Francisco, California 94111

    *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  August 26, 2019

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070