# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, et al., | Case No.: 2:19-cv-00227-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 66] |
| KYLE BROWN, et al., | |
| Defendant(s). | |

Pending before the Court is the motion to withdraw as counsel filed by Defendants' attorneys. Docket No. 66. The motion was filed on an emergency basis. *See id.* Insufficient justification has been presented with respect to the request for emergency relief, so the Court declines to give the motion expedited treatment. Instead, the motion will be briefed and decided in the ordinary course. In the interim, counsel remain responsible for meeting any and all deadlines in the case.

IT IS SO ORDERED.

Dated: October 1, 2019

_____
Nancy J. Koppe
United States Magistrate Judge