# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> KYLE BROWN, et al., <br><br> Defendant(s). | Case No.: 2:19-cv-00227-APG-NJK <br><br> **Order** |

On October 18, 2019, the undersigned's chambers received a telephone call from Defendant Kyle Brown. Mr. Brown is **CAUTIONED** that the local rules prohibit *ex parte* communications. Local Rule IA 7-2(b). To the extent Mr. Brown seeks any relief from the Court, he must file a proper written request on the docket. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

Mr. Brown's current counsel of record must serve him with a copy of this order and must file a proof of service by October 21, 2019.

IT IS SO ORDERED.

Dated: October 18, 2019

 _____
 Nancy J. Koppe
 United States Magistrate Judge

1