# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>KYLE BROWN, et al.,<br><br>Defendant(s). | Case No.: 2:19-cv-00227-APG-NJK<br><br>**Order**<br><br>[Docket No. 66] |

Pending before the Court is defense counsel's motion to withdraw. Docket No. 66. Plaintiffs filed a response and defense counsel filed a reply. Docket Nos. 68, 69. The Court held a hearing on the motion on November 6, 2019. For good cause shown, the motion to withdraw is **GRANTED** and the Clerk's Office is **INSTRUCTED** to update the docket with Defendants' contact information as identified in Docket No. 66 at 4-5.[1]

Defendants Kyle Brown and Martin Brown are **ORDERED** to file, by November 20, 2019, either a notice of intent to proceed *pro se* or a notice of appearance by new counsel. Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly, each of the corporate Defendants is **ORDERED** to file, by November 20, 2019, a notice of appearance by new counsel. **FAILURE TO COMPLY WITH**

---

[1] Defendants Kyle Brown and Martin Brown represented at the hearing that this contact information is accurate. To the extent there is any change in this contact information, Defendants must immediately file a notice with the Court so explaining. *See, e.g.*, Local Rule IA 3-1.

1

**THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Lastly, the public record indicates that discovery responses were not provided by Defendants by the deadline for doing so. *See* Docket No. 69 at 3. At the hearing, Plaintiffs referenced potential ramifications stemming from that failure. That is an issue for future determination through the meet-and-confer process and/or potential motion practice if necessary. The Court expresses no opinion on the issue herein.

IT IS SO ORDERED.

Dated: November 6, 2019

_____
Nancy J. Koppe
United States Magistrate Judge