# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>KYLE BROWN, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00227-APG-NJK<br><br>**Order**<br><br>[Docket No. 87] |

Defendants filed a demand for prior discovery. Docket No. 87. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: November 21, 2019

                                                                         Nancy J. Koppe
                                                                United States Magistrate Judge